JIM KYLE v. STATE.

No. A-3075. Opinion Filed March 20, 1919.

Appeal from District Court, Carter County;

W. F. Freeman, Judge.

Jim Kyle was convicted of a felony, and appeals. Reversed.

Jas. H. Mathers and Wm. Pfeiffer, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Plaintiff in error, Jim Kyle, was convicted of keeping a place in the town of Wirt, Carter county, with the felonious intent of there selling intoxicating liquors. To reverse the judgment rendered on the verdict, he appeals. In the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771. the statute upon which the prosecution was based was held unconstitutional. For the reasons stated in that opinion the judgment is reversed.